PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884

Attorney for KIMBERLY CARONA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| Kimberly Carona, | CASE NO.:   2:12-CV-01862-CKD |
|---|---|
| Plaintiff, | Stipulation and Order Extending Time to File and Serve Motion |
| vs. | |
| Commissioner of Social Security, | |
| Defendant | |

It is HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 18, 2013.  The extension is needed due to press of business in plaintiff's attorney's office.

////

////

////

////

////

////

1    This is the 1st request for extension by plaintiff.

2
Dated: 12/17/12                              /s/ Peter Brixie
3                                            PETER BRIXIE
                                             Attorney at Law
4                                            Attorney for Plaintiff

5
Dated: 12/17/12                    By:       /s/ Shea Bond
6                                            SHEA L. BOND
                                             U. S. Attorney
7                                            Attorney for Defendant

8
                         __ooo__
9
APPROVED AND SO ORDERED
10
Dated: __12/17/2012__              By:       ___/s/ Carolyn K. Delaney_____
11                                           CAROLYN K. DELANEY
                                             United States Magistrate Judge