**PETER BRIXIE, State Bar #124186**
**410 Twelfth Street**
**Sacramento, CA 95814-1404**
**Telephone: (916) 658-1880**
**Facsimile: (916) 658-1884**

**Attorney for KIMBERLY CARONA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **KIMBERLY CARONA ,** | ) | **Case No. 2:12-CV-01862-CKD** |
| | ) | |
| **Plaintiff,** | ) | **PLAINTIFF'S REQUEST FOR** |
| | ) | **DISMISSAL WITH CLIENT CONSENT** |
| **v.** | ) | **and ORDER** |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

COMES NOW Plaintiff KIMBERLY CARONA, by and through her attorney of record Peter Brixie and requests that the court dismiss the instant matter without prejudice to raise plaintiff's claims for SSI benefits before the Social Security Administration.

December 18, 2012                    LAW OFFICE OF PETER BRIXIE

/s/ Peter Brixie
Peter Brixie
Attorney for Plaintiff

**CLIENT CONSENT**

I, KIMBERLY CARONA, consent to the dismissal of the instant case which is an appeal of the decision of the commissioner of Social Security's decision denying me SSI Benefits without prejudice to re-raise such issues before the Social Security Administration.

Dated:_____                    _____
                                      Kimberly Carona

-1-

1                                    **COURT ORDER**

2              It is hereby ordered that the instant case be dismissed without prejudice.

3

4    Dated: 12/20/2012                    _/s/ Carolyn K. Delaney_____
                                           Carolyn K. Delaney
5                                          U.S. Magistrate

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28